COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re MarOpCo

Appellate case number:   01-15-00579-CV

Trial court case number:   2015-34950

Trial court:                    11th District Court of Harris County

Real parties in interest, Preston Marshall and Rusk Management, L.L.C., have filed an "Emergency Motion to Vacate Order Granting, in Part, Relator's Request for Emergency Relief Pending Mandamus Review." The motion to vacate is **GRANTED**. The portion of this Court's July 3, 2015 order staying portions of the trial court's July 2, 2015 Temporary Restraining Order is withdrawn.

It is so ORDERED.

Judge's signature:        /s/ Justice Terry Jennings
                                 ☒ Acting individually     ☐ Acting for the Court

Date: July 3, 2015